CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 2 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **GARY S. HULL,** | )
| Plaintiff, | ) Case No. 2:08CV00022
| v. | ) **JUDGMENT**
| **COMMISSIONER OF SOCIAL SECURITY,** | ) By: James P. Jones
| | ) Chief United States District Judge
| Defendant. | )

It appearing that no objections have been timely filed to the Report filed April 24, 2009, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: May 22, 2009

_____
Chief United States District Judge